UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIE GISELE KAMANOU GOUNE,

Plaintiff,

-against-

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE,

Defendant.

7:26-CV-7548 (JGLC)

**ORDER OF SERVICE**

JESSICA G. L. CLARKE, United States District Judge:

Plaintiff Marie Gisele Kammanou Goune, who is appearing *pro se*, brings this action against Defendant "Deutsche Bank National Trust Company, as Trustee" ("DB"), invoking the court' s diversity jurisdiction. She principally seeks declaratory and injunctive relief regarding the ownership status of her current New Rochelle, New York, residence.

By order dated September 16, 2026, the court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. The Court directs service on DB.

**DISCUSSION**

**A. Service on DB**

Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on the assistance of the court and the United States Marshals Service ("USMS") to effect service on DB.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure ("Rule 4(m)") generally requires that a summons and the complaint be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served a summons and the complaint on DB until the Court reviewed the complaint and ordered that a summons be issued for DB. The Court therefore extends the time to serve DB until 90 days after the date that a summons for DB is issued. If a summons and the complaint are not served on DB within 90 days from the date that a summons for DB is issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request

officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the USMS to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on DB, the Clerk of Court is instructed to fill out a USMS Process Receipt and Return form ("USM-285 form") for DB. The Clerk of Court is further instructed to issue a summons for DB and deliver to the USMS all of the paperwork necessary for the USMS to effect service of a summons and the complaint on DB.

Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss this action if she fails to do so.

**B. City Bar Justice Center**

The City Bar Justice Center ("CBJC") operates the SDNY Federal Pro Se Legal Assistance Project to assist parties representing themselves in civil cases filed in this court.[2] Appointments can be scheduled by completing the CBJC's intake form. If Plaintiff is not able to complete this form, or if she has questions about the form, she should call (212) 382-4794. A flyer with details is attached.

**CONCLUSION**

The Court directs the Clerk of Court to mail an information package to Plaintiff.

The Court further directs the Clerk of Court to: (1) issue a summons for Defendant "Deutsch Bank National Trust Company, as Trustee"; (2) complete a USM-285 form with the

---

an extension of time for service); *see also Murray v. Pataki*, 378 F. App'x 50, 52 (2d Cir. 2010) (summary order) ("As long as the [plaintiff proceeding IFP] provides the information necessary to identify the defendant, the Marshals' failure to effect service automatically constitutes 'good cause' for an extension of time within the meaning of Rule 4(m).").

[2] The CBJC is a private organization that is not part of the court, and the CBJC's SDNY Federal Pro Se Legal Assistance Project cannot accept filings on behalf of the court.

service address of that Defendant; and (3) deliver all documents necessary to effect service of a summons and the complaint on that Defendant to the USMS.

A CBJC flyer is attached to this order.

SO ORDERED.

Dated: October 1, 2026
White Plains, New York

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge

**SERVICE ADDRESS FOR DEFENDANT**

Deutsch Bank National Trust Company, as Trustee
1 Columbus Circle
New York, New York 10019-8735

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT

in the Southern District of New York (SDNY)

CITY BAR JUSTICE CENTER

## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project (Fed Pro) provides limited assistance to self-represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

## HOW TO SCHEDULE AN APPOINTMENT

To schedule an appointment for assistance with City Bar Justice Center's Fed Pro project, you must first complete our online Intake Form.

- Our online Intake Form is accessible via one of these methods:
  - Scan the QR code to the right.
  - Go to bit.ly/prosesdny
- Once on the City Bar Justice Center Federal Pro Se Legal Assistance page, scroll down to "**SDNY**" and then click "**APPLY FOR HELP**" to be taken to the Intake Form.
- When the Intake Form asks: "How can we help you", please select "**Federal Court Case**" from the drop-down menu. The Fed Pro SDNY office will receive your application ONLY if you select "federal court case." If you select anything else, you will need to re-complete your application.

Once you complete the form, someone will contact you, usually within five business days, to schedule an appointment. If you are not able to complete the Intake Form, please call **(212) 382-4794,** leave a detailed message, and wait for us to call you back, typically within five business days.

## HOW WE HELP

**While we cannot provide full representation,** we can assist litigants by providing limited-scope services such as:

- **Counseling** about potential federal claims prior to filing suit
- **Interpreting and explaining** federal law and procedure
- **Reviewing drafted pleadings** and correspondence with the Court
- Consulting on **discovery** matters
- Assisting with the **settlement** process (including **mediation**)